**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

PEDRO MARTINEZ, Individually and as the representative of a class of similarly situated persons,

              Plaintiff,

- against -

BOOMER HOLDINGS INC,

              Defendants.
-----------------------------------------------------------X

Case No.   1:20-cv-2437-ENV-RER

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pedro Martinez, by his attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against Boomer Holdings Inc.  No Answer has been filed in this case.

Dated:  Scarsdale, New York
         February 23, 2021

                              SHAKED LAW GOUP, P.C.
                              Attorneys for Plaintiff

                            By:  */s/Dan Shaked*
                              Dan Shaked, Esq.
                              14 Harwood Court, Suite 415
                              Scarsdale, NY 10583
                              Tel. (917) 373-9128
                              Fax (718) 704-7555
                              e-mail: ShakedLawGroup@Gmail.com

Application Granted
SO ORDERED
Brooklyn, New York
Dated:  2/24/2021

*/s/ Eric N. Vitaliano*

Eric N. Vitaliano
United States District Court